**Dismissed and Opinion Filed June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00396-CV

**CHRISTY WATKINS, Appellant**
**V.**
**WOODSIDE VILLAGE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00585-2018**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Francis

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated April 9, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 9, 2018, we notified appellant the time for filing her docketing statement had expired. We cautioned appellant that failure to file her docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 6, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. That notice was returned marked "not deliverable as addressed unable to forward." To date, appellant has not paid the filing fee, provided the required documentation, updated her address, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

180396F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTY WATKINS, Appellant

No. 05-18-00396-CV      V.

WOODSIDE VILLAGE APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas
Trial Court Cause No. 006-00585-2018.
Opinion delivered by Justice Francis.
Justices Fillmore and Whitehill
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WOODSIDE VILLAGE APARTMENTS recover its costs of this appeal from appellant CHRISTY WATKINS.

Judgment entered June 29, 2018.